IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAYMOND LENAIR ADAMSON,

    Plaintiff,

v.                          CASE NO. 5:12-cv-00247-MP-EMT

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 31, 2012. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED without prejudice, pursuant to Rule 41(a)(1)(A)(i) and plaintiff's notice of voluntary dismissal.

**DONE AND ORDERED** this   *1st* day of October, 2012

                                      *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge